# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE WEATHERALL-FRANCIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-1306-DGW ) |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**WILKERSON, Magistrate Judge:**

Before the Court is the Parties' Agreed Motion to Award Attorney Fees. **(Doc. 28).**

The parties agree that plaintiff is entitled to an award of attorney's fees in the amount of $4,017.85. Plaintiff does not seek an additional amount for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees, costs, and expenses that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Parties' Agreed Motion to Award Attorney Fees **(Doc. 28)** is **GRANTED**. The Court awards plaintiff the sum of $4,017.85 (four thousand seventeen dollars

and eighty-five cents) for attorney fees and expenses and $0.00 for costs. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). See also, *Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and counsel.

**IT IS SO ORDERED.**

DATE: **July 1, 2019**

*Donald Wilkerson*
**DONALD G. WILKERSON**
**U.S. MAGISTRATE JUDGE**